han against the Thompson-Starrett Company, impleaded with the Wells & Newton Company. PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

MORLEY v. CASTOR. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Edward Morley against George A. Castor. No opinion. Motion granted. Settle order on notice.

MORRISON v. ANDREWS. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Lewis J. Morrison against Edward L. Andrews. No opinion. Motion dismissed. Order filed.

MOSES v. BAUERDORF et al. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Raphael J. Moses against Charles F. Bauerdorf and another. H. M. J. Wood, for plaintiff. R. E. Deyo, for defendants. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice.

MOTT, Respondent, v. COLLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Charles Mott against Charles L. Collin.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held that the court committed reversible error in refusing to charge, as requested by defendant's counsel, in effect that if the dogs had at any time chased and worried sheep they had no value.

KRUSE, J., dissents.

MOTT, Respondent, v. MOTT, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Augustus Mott against Katherine S. Mott. No opinion. Order affirmed, without costs.

In re MULIERI. (Supreme Court, Appellate Division. First Department. December 6, 1907.) In the matter of Giuseppe A. Mulieri. No opinion. Reference ordered. Settle order on notice.

MULLIN, Respondent, v. NOLAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Mary E. Mullin, as administratrix, etc., of John P. Mullin, deceased, against Patrick Nolan. No opinion. Judgment unanimously affirmed, with costs.

MULSTAY v. CARLIN. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Eugene J. Mulstay against Patrick J. Carlin. No opinion. Motion granted, with $10 costs. Order filed.

MUNRO et al., Respondents, v. BROOKLYN ICE SKATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Henrietta E. Munro and others against the Brooklyn Ice Skating Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MURRAY HILL IRON WORKS CO., Respondent, v. HANOVER THEATER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Murray Hill Iron Works Company against the Hanover Theater Company and others.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., not voting.

NADLER et al., Appellants, v. GORDON et al., Respondents. (Actions Nos. 1 & 2.) (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Actions by Bernard Nadler and another against Morris Gordon and another. No opinions. Judgments of the Municipal Court affirmed, with costs.

NEARY, Appellant, v. CITIZENS' R., LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Sarah Neary, as administratrix of Michael Neary, deceased, against the Citizens' Railroad, Light & Power Company.

PER CURIAM. Order affirmed, with costs. See 110 App. Div. 769, 97 N. Y. Supp. 420.

HIRSCHBERG, P. J., not voting.

NESBIT et al., Respondents, v. BRAKER, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Appeal from Special Term. Action by David M. Nesbit and another against Henry J. Braker. Judgment for plaintiffs, and defendant appeals. Affirmed. Anson M. Beard, for appellant. Frank M. Avery, for respondents.

PER CURIAM. Judgment affirmed, with costs.

McLAUGHLIN, J. (dissenting). I am unable to agree with the other members of the court that the judgment, in so far as it disallows the first counterclaim pleaded, should be affirmed. There have been two trials of the action. At the first trial this counterclaim was disallowed, but on appeal the judgment was reversed as against the evidence and a new trial ordered. Nesbit v. Braker, 104 App. Div. 393, 93 N. Y. Supp. 856. Mr. Justice Hatch, in delivering the opinion for a majority of the court, referring to this counterclaim, said: "Aside from mere oral proof, however, stand certain physical conditions which are much more important and satisfactory in the establishment of facts than oral statements can possibly be. All of these doors cracked and checked and otherwise fell apart in a uniform manner. There was no difference in them, save in slight degree. It is an affront to common sense to conclude upon such facts that each door absorbed the same amount of moisture at the same time, and was subjected to the same amount of heat at the same time; and yet such must be the conclusion if we attribute the condition of these doors to the absorption of moisture and the application